894

## JOHN E. KOERNER & CO. v. HUNTER MILLING CO.
### No. 1366.

Circuit Court of Appeals, Tenth Circuit.
May 23, 1936.

William Keith, of Wichita, Kan. (C. W. McVickers, of Wichita, Kan., on the brief), for appellant.

Glen A. Wisdom, of Kansas City, Mo., and Austin M. Cowan, of Wichita, Kan. (C. A. McCorkle, J. D. Fair, W. A. Kahrs, and R. H. Nelson, all of Wichita, Kan., on the brief), for appellee.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

The judgment herein was entered on the 17th day of April, 1935. The appeal was not applied for until the 26th day of July, 1935. Hence it was not applied for within the time limited by 28 U.S.C.A. § 230.

The appeal is therefore dismissed.